# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDWARD MCINTYRE

NO.   2025 CW 1042

**JANUARY 9, 2026**

---

In Re:   Edward McIntyre, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 176977.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The Rule for Modification was filed by the State of Louisiana and was dismissed upon the motion of the State pursuant to the April 17, 2025 minute entry.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT